UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:                          )
                                )
**BOSTIC CONSTRUCTION, INC.**   )   CASE NO. B-05-11199C-7G
                                )
        Debtor(s)               )

## ORDER FOR UNCLAIMED MONIES

It appearing that a dividend and/or other monies have remained unclaimed in the above estate for longer than ninety (90) days after the final dividend was declared and distributed that these funds should now be paid into the Court; and for good cause shown.

**IT IS ORDERED** that the bank on which these checks are drawn, immediately stop payment on the checks described herein below (Account No. 4428962496) and that the bank acknowledge stop payment by signed the Acknowledge of Stop Payment Request and returning it to this Court at the address shown on the Acknowledgment, within seven(7) days from this date; and

**IT IS FURTHER ORDERED** that Gerald S. Schafer, Trustee in the above-named case, pay to the Clerk, U.S. Bankruptcy Court, the total amount of the unclaimed monies described herein below within ten (10) days from this date together with a supplemental report, itemizing disbursement for these unclaimed funds.

| Check No. | Claim No. | Claimant | Address | Amount |
|---|---|---|---|---|
| 1016 | 11 | Cosco Signs, Inc. | 410 Christonya Ln<br>Lexington, NC 27295 | $456.28 |
| 1024 | 19 | WKY Leasing | PO Box 6<br>Bowling Green, KY 42102 | $14.00 |
| 1028 | 23 | DH Supply Co. | PO Box 2045<br>Norcross, GA 30091 | $438.62 |
| 1029 | 24 | Callaway Building Products | PO Box 52828<br>Knoxville, TN 37950 | $149.90 |
| 1035 | 30 | Action Mobile Industries, Inc. | 1642 Paysphere Cir<br>Chicago, IL 60674 | $31.71 |
| 1044 | 39 | D&D Heating & Cooling, Inc.<br>c/o Timothy H Nichols | 6250 Virginia Way<br>Suite 240<br>Brentwood, TN 37027 | $666.67 |

| | | | | |
|---|---|---|---|---|
| 1049 | 44 | Sunrock Carolina Corp | DEPT CODE 169<br>Charlotte, NC 28230 | $810.50 |
| 1072 | 70 | National Welders Supply Co | 6900 B Old Statesville Rd<br>Charlotte, NC 28269 | $88.62 |
| 1101 | 102 | Interior Distributors, Inc. | PO Box 31217<br>Charleston, SC 29417 | $75.31 |
| 1103 | 104 | Peterson Contractors, Inc.<br>c/o Ronald B Deal, Jr. Esq. | 2091 Fourth Ave N<br>Suite 1500<br>Nashville, TN 37219 | $3,473.99 |
| 1104 | 105 | APAC-Tennessee, Inc.<br>c/o Ronald B Deal, Jr. Esq. | 2091 Fourth Ave N<br>Suite 1500<br>Nashville, TN 37219 | $6,162.24 |
| 1108 | 111 | Tine Lajean Cleaning Machine | PO Box 2785<br>Opelika, AL 36803 | $146.79 |
| 1141 | 147 | KMAC, Inc.<br>c/o Jerry R.D. Krasen | PO Box 19749<br>Charlotte, NC 28219 | $1,121.31 |
| 1145 | 151 | Southeast Plastering System | 5200 City Park Dr<br>Lenoir City, TN 37772 | $428.13 |
| 1149 | 156 | Concrete Accessories Greensboro | 203 Swing Rd<br>Greensboro, NC 27419 | $36.60 |