```
                UNITED STATES BANKRUPTCY COURT
                MIDDLE DISTRICT OF NORTH CAROLINA
```

In re:                         )
                               )
**BOSTIC CONSTRUCTION, INC.**  )     CASE NO. B-05-11199C-7G
                               )
      Debtor(s)                )

### ORDER FOR UNCLAIMED MONIES

It appearing that a dividend and/or other monies have remained unclaimed in the above estate for longer than ninety (90) days after the final dividend was declared and distributed that these funds should now be paid into the Court; and for good cause shown.

**IT IS ORDERED** that the bank on which these checks are drawn, immediately stop payment on the checks described herein below (Account No. 4428962496) and that the bank acknowledge stop payment by signed the Acknowledge of Stop Payment Request and returning it to this Court at the address shown on the Acknowledgment, within seven(7) days from this date; and

**IT IS FURTHER ORDERED** that Gerald S. Schafer, Trustee in the above-named case, pay to the Clerk, U.S. Bankruptcy Court, the total amount of the unclaimed monies described herein below within ten (10) days from this date together with a supplemental report, itemizing disbursement for these unclaimed funds.

| Check No. | Claim No. | Claimant | Address | Amount |
|---|---|---|---|---|
| 1017 | 12 | Rocky Top Materials, Inc. | 11 North Market St<br>Asheville, NC 28801 | $ 1,867.40 |
| 1023 | 18 | Equipment Finders, Inc. | PO Box 409794<br>Atlanta, GA 30384 | 1,236.37 |
| 1041 | 36 | West Durham Lumber | #1 Barringer Place<br>Durham, NC 27715 | 611.47 |
| 1059 | 57 | Mt. Hope Texaco | 1766 Mt Hope Church Rd<br>McLeansville, NC 27301 | 12.13 |
| 1076 | 74 | Tallahassee Redi Mix | PO Box 468<br>Midway, FL 32343 | 870.93 |
| 1094 | 93 | Waste Management | PO Box 830003<br>Baltimore, MD 21283 | 484.08 |

| | | | | | |
|---|---|---|---|---|---|
| 1095 | 94 | AT&T Corp. | | 1355 W University Dr<br>Mesa, AZ 85201 | <u>459.31</u> |
| | | | | **TOTAL** | **<u>$5,541.69</u>** |