FILED APR 1 '16 PM 3 :05 USBC-GBO

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                )       Case No.: 05-11199
                      )
Bostic Construction Inc )     Chapter:  7
                      )
       Debtor(s)      )

### MOTION FOR PAYMENT OF UNCLAIMED FUNDS

1. A dividend check in the amount of $ 6,162.24 was issued by the trustee to APAC-Tennessee, Inc., claimant in the above referenced case.

2. The dividend check was not negotiated by the claimant. Therefore, the trustee, pursuant to 11 U.S.C. Section 347 (a), delivered the unclaimed funds to the Clerk of the U.S. Bankruptcy Court of the Middle District of North Carolina. The United States Treasury is currently holding these funds.

3. The claimant's current address and telephone number are:

   Name: APAC-Tennessee, Inc.
   Address: 900 Ashwood Parkway, Suite 600 Atlanta, GA 30338
   Telephone number: (800) 899-8455

4. The claimant's social security or tax identification number is provided to the court on an IRS Form W-9.

5. The claimant did not receive or negotiate the dividend check for the following reason(s):
   **Lost in mail.**

6. I am the claimant named in paragraph #1. To the best of my knowledge, no other party is entitled to these funds. Proof of my identity is attached.

Wherefore, the claimant requests that the court issue an order directing the Clerk to make disbursement of said Unclaimed Funds for the benefit of the claimant.

DATED: 3/29/16

Jeffrey Falbo/Segment Returns (Funds Locator)
Claimant's Signature